UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00393-EWN-MJW

MICHAELA L. WILKINS,

Plaintiff,

v.

MERCURY SETTLEMENT ~~SRVICES~~ Services, INC., a Colorado corporation,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE**
*(Docket No. 9)*

---

This matter having come before the Court upon Defendant Mercury Settlement Services, Inc., Unopposed Motion to Vacate Scheduling Conference, and the Court having reviewed the Motion and its file and being fully advised,

IT IS HEREBY ORDERED that the Motion is granted. The Scheduling Conference (and related deadlined) currently set for April 17, 2007 at 10:00 a.m. is hereby vacated *and reset to May 10, 2007 @ 10:00am*.

DONE this 22 day of March, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*

~~U.S. Magistrate Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4836-1239-2961.1