IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00393-EWN-MJW

MICHAELA L. WILKINS,

Plaintiff(s),

v.

MERCURY SETTLEMENT SERVICES,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference (docket no. 16) is DENIED.  This court has already allowed one prior enlargement of time and Judge Nottingham has set a dispositive motion deadline for October 29, 2007, and thus the time to complete discovery is limited.  See Judge Nottingham's Order of Reference (docket no. 2).

Date:  May 7, 2007