IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00393-EWN-MJW

MICHAELA L. WILKINS,

Plaintiff(s),

v.

MERCURY SETTLEMENT SERVICES,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference, set on July 20, 2007, at 10:00 a.m., is GRANTED. The parties may request a future settlement conference date upon joint motion of the parties.

Date: July 19, 2007