UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00393-EWN-MJW

MICHAELA L. WILKINS,

Plaintiff,

v.

MERCURY SETTLEMENT SERVICES, INC., a Colorado corporation,

Defendant.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the Stipulated Motion for Dismissal with Prejudice filed by the parties, and the Court having reviewed the motion and its file and being fully advised,

IT IS HEREBY ORDERED that the Motion is granted. The captioned action is hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated this 30th day of October, 2007.

BY THE COURT

s/ Edward W. Nottingham
Chief United States District Judge